

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00787-CV

**IN THE INTEREST OF O.B.** Jr., E.D.C., D.R.C., E.H.C., and T.M.C., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02169
Honorable H. Paul Canales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent; no costs are taxed in this appeal.

SIGNED March 28, 2018.

_____
Patricia O. Alvarez, Justice